IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CAROLINA SILVA,<br>*Plaintiff* | § § § | |
| vs. | § § | |
| WAL-MART STORES OF TEXAS, L.L.C., WAL-MART STORES OF TEXAS, L.L.C. D/B/A WAL-MART #3886, WAL-MART STORES OF TEXAS, L.P., WAL-MART, INC., WAL-MART STORES INC., AND WAL-MART ASSOCIATES, INC.<br>*Defendants* | § § § § § § § § § | CASE NO. 7:23-cv-00330<br><br><br><br><br><br>JURY TRIAL REQUESTED |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CAROLINA SILVA, and WAL-MART STORES TEXAS, LLC incorrectly named as WAL-MART STORES OF TEXAS, L.L.C., WAL-MART STORES OF TEXAS, L.L.C. D/B/A WAL-MART #3886, and WAL-MART STORES OF TEXAS, L.P.; Defendant, WALMART INC., incorrectly named as WAL-MART, INC. and WAL-MART STORES INC.; and Defendant, WAL-MART ASSOCIATES, INC., file this Notice of Settlement and respectfully notify the Court, without any parties admitting liability in this cause, that the parties announce that they have reached a settlement and complete accord and satisfaction in this matter. This settlement resolves all claims and causes of action that were raised or could have been raised in the above-referenced lawsuit. Documents to finalize this matter have not been fully executed. Plaintiff and Defendant are requesting 30 days to finalize the requisite documents.

Date:   August 13, 2024.

1

Respectfully submitted,

**DAW & RAY, L.L.P.**


  */s/ James K. Floyd*
James K. Floyd – Attorney in Charge
Texas State Bar No. 24047628
Federal ID No. 559561
Ricardo G. Benavides – Attorney of Record
Texas State Bar No. 24031735
Federal ID No. 32205
3900 N. 10th St, Suite 950
McAllen, Texas 78504
(956) 687-3121 Telephone
(956) 687-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**



**MOORE LAW FIRM**


*/s/* J. Michael Moore
J. Michael Moore
State Bar No. 14349550
Federal Id No. 16942
R. Nicholas Moore
Federal Id No. 24098134
4900 North 10th Street, Suite F-3
McAllen, Texas 78504
Telephone (956) 631-0745
Email: lit-docket@moore-firm.com
**ATTORNEYS FOR PLAINTIFF**